IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICHARD D. and DANIELA ECKERLE, | ) ) ) | CIV. NO. 10-00474 SOM/BMK |
| Plaintiffs, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION THAT |
| vs. | ) ) | PLAINTIFFS' MOTION TO REMAND BE DENIED |
| DEUTSCHE BANK NATIONAL TRUST, as TRUSTEE FOR SECURITIZATION CORP. HSI ASSET and AMERICAN HOME MORTGAGE SERVICING, INC., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

_____  )

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND
<u>RECOMMENDATION THAT PLAINTIFFS' MOTION TO REMAND BE DENIED</u>

Findings and Recommendation having been filed and

served on all parties on September 17, 2010, and no objections

having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that,  pursuant to

Title 28, United States Code, Section 636(b)(1)(C) and Local Rule

74.2, the Findings and Recommendation are adopted as the opinion

and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 7, 2010.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge