IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| RICHARD D. ECKERLE; DANIELA ECKERLE, | ) ) ) | CV 10-00474 SOM-BMK |
| Plaintiffs, | ) ) ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND |
| vs. | ) ) | RECOMMENDATION |
| DEUTSCHE BANK NATIONAL TRUST, as TRUSTEE FOR SECURITIZATION CORP. HSI ASSET; AMERICAN HOME MORTGAGE SERVICES, INC. | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on February 21, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 14, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Eckerle v. Deutsche; CV 10-00474 SOM-BMK; ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION